```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF TEXAS
                     FORT WORTH DIVISION
```

SECURITIES AND EXCHANGE         §
COMMISSION                      §
                                §
VS.                             §     ACTION NO. 4:19-CV-623-Y
                                §
JERRY LEE FARISH and            §
NEW SUMMIT HOMES, INC.          §

<u>FINAL JUDGMENT</u>

In accordance with the Notice of Voluntary Dismissal filed in this case on November 4, 2021, and Federal Rule of Civil Procedure 58, all remaining claims in this case are hereby DISMISSED WITH PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 regarding these claims shall be borne as agreed by the parties or, if no agreement has been reached, by the party incurring same.

SIGNED November 15, 2021.

*[signature: Terry R. Means]*

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE